**Thomas M. WALSH, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 12327.**

United States Court of Appeals, District of Columbia Circuit.

Argued March 2, 1955.

Decided March 10, 1955.

Mr. James T. Barbour, Jr., Washington, D. C., for appellant.

Mr. George E. Hamilton III, Asst. U. S. Atty. with whom Messrs. Leo A. Rover, U. S. Atty., and Lewis Carroll, Asst. U. S. Atty., Washington, D. C., were on the brief, for appellee.

Before EDGERTON, PRETTYMAN, and BAZELON, Circuit Judges.

PER CURIAM.

The question is whether a forfeited recognizance is a judgment within the meaning of D.C.Code 1951, § 15–101, 31 Stat. 1381. We agree with the District Court that it is not. Cf. D.C.Code 1951, § 15–103, 31 Stat. 1381.

Affirmed.